## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

EVERETT N. JONES III,                         )
                                              )
                Plaintiff,                    )      CASE NO.: 3:19-CV-116
                                              )      Judge Thomas Rose
        vs.                                   )
                                              )      **ORDER GRANTING DEFAULT**
WILBERFORCE UNIVERSITY, et al.                )      **JUDGMENT ENTRY**
                                              )      **[DOC. NO. 9]**
                Defendants.                   )
                                              )
                                              )

## DEFAULT JUDGMENT ENTRY

Default was entered in the civil docket in the office of this clerk on June 6, 2019.


ORDERED, pursuant to Rule 55(b)(1), the default judgment of the Defendants named above for failure to plead or otherwise defend, is ENTERED in the amount of <u>$15,609.78</u> ($13,986 plus interest at an annual rate of 3% from July 1, 2016 ($1,223.78); plus costs of $400.00).


IT IS SO ORDERED this 13th day of June 2019.

                                        */Thomas M. Rose

                                        _____
                                        United States District Court Judge